DANIEL J. BRODERICK, #89424
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS AROLDO ZUNIGA

FILED
JUN 0 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00199 AWI |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| LUIS AROLDO ZUNIGA, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**PROPOSED ORDER**

Upon payment of any storage and towing fees by the defendant

**IT IS ORDERED** that the 1993 black Honda Accord vehicle owned by Luis Aroldo Zuniga, currently in the possession of Deltow Towing, be released to him.

DATED: June 5, 2006

_____
LAWRENCE J. O'NEILL, Magistrate Judge
Eastern District of California