DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS AROLDO ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LUIS AROLDO ZUNIGA,<br><br>             Defendant. | NO. 1:06-cr-00199 AWI<br><br>STIPULATION CONTINUING MOTIONS HEARING AND ARRAIGNMENT ON SUPERSEDING INDICTMENT; AND ORDER THEREON<br><br>Date:  September 11, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record herein that the motions hearing and arraignment on Superseding Indictment in the above captioned matter now scheduled for August 17, 2006, **may be continued to September 11, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation for the motions hearing and to allow the parties additional time for plea negotiation.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: August 10, 2006        By  /s/ Sheila K. Oberto
SHEILA K. OBERTO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 10, 2006        By /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
LUIS AROLDO ZUNIGA

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 11, 2006**              /s/ Anthony W. Ishii
9h0d30                                     UNITED STATES DISTRICT JUDGE

Stipulation Continuing Motions Hearing and Arraignment
on Superseding Indictment; [Proposed] Order         −2−