DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS AROLDO ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>LUIS AROLDO ZUNIGA,<br><br>   *Defendant*. | NO. 1:06-cr-00199 AWI<br><br>STIPULATION CONTINUING MOTIONS HEARING AND ARRAIGNMENT ON SUPERSEDING INDICTMENT; AND ORDER THEREON<br><br>Date:  October 2, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record herein that the motions hearing and arraignment on Superseding Indictment in the above captioned matter now scheduled for September 11, 2006, **may be continued to October 2, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation for the motions hearing and to allow the parties additional time for plea negotiation.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)F), 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: September 1, 2006    By  /s/  Sheila K. Oberto
                                SHEILA K. OBERTO
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 1, 2006    By /s/ Melody M. Walcott
                                MELODY M. WALCOTT
                                Assistant Federal Defender
                                Attorney for Defendant
                                LUIS AROLDO ZUNIGA

### ORDER

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 1, 2006**           /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE