McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS AROLDO ZUNIGA, <br><br> Defendant. | Case No. 1:06-CR-00199 <br><br> STIPULATION TO CONTINUE MARCH 17, 2020, STATUS CONFERENCE <br><br> DATE: March 17, 2020 <br> TIME: 2:00 p.m. <br> Location: #8 <br> Magistrate Judge Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties March 17, 2020 status conference hearing for this TSR violation may be continued to 2:00 p.m. on Tuesday April 21, 2020.

The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows: This is the first status conference related to this case. Defense counsel recently received and is reviewing discovery. Since the last hearing, Defense counsel has met with Mr. Zuniga in the Fresno County Jail. Since that jail visit, the Fresno County Sheriff's Office has suspended family visits and substantially restricted professional visits. The parties agree that a stipulation is appropriate to allow those issues to be resolved prior to proceeding to the next status conference

hearing on Mr. Zuniga's case.  The parties will continue to meet and confer about this issue and advise the court of any updates.

DATED:  March 16, 2020                              By: */S/ Joe Barton*
                                                            Joe Barton
                                                            Assistant United States Attorney

DATED: March 16, 2020                               By: /S/ Michael J. Aed
                                                            Attorney for Defendant
                                                            Luis Zuniga

McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS AROLDO ZUNIGA,<br><br>Defendant. | CASE NO. 1:06-CR-00199<br><br>ORDER |

## **ORDER**

Upon the Parties' stipulation to continue the March 17, 2020, status conference in this case, and for good cause shown, the Status Conference re Violation of Supervised Release is continued from March 17, 2020 to **April 21, 2020 at 2:00 PM** before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **March 16, 2020**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE