McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-CR-00199 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MAY 11, |
| | ) | 2020, STATUS CONFERENCE |
| vs. | ) | |
| | ) | DATE:   May 11, 2020 |
| LUIS AROLDO ZUNIGA, | ) | TIME:    2:00 p.m. |
| | ) | Location: #8 |
| Defendant. | ) | Magistrate Judge Barbara A. McAuliffe |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the May 11, 2020, status conference in his case may be continued until 2:00 p.m. on June 29, 2020. The parties agree that the following provides good cause for the continuance: Defense counsel is reviewing discovery and is considering the Government's offer to resolve this case.

///

///

///

| | |
|---|---|
| DATED:  May 7, 2020 | By: */S/ Joe Barton*<br>Joe Barton<br>Assistant United States Attorney |
| DATED:  May 7, 2020 | By: */S/ Michael Aed*<br>Attorney for the Defendant |

McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00199 |
| Plaintiff, | ORDER |
| v. | |
| LUIS AROLDO ZUNIGA, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation to continue the May 11, 2020, status conference in this case, and for good cause shown, the status conference is continued until **June 29, 2020, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **May 8, 2020**           /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE