McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-CR-00199 |
| Plaintiff, | STIPULATION TO CONTINUE JUNE 29, 2020, STATUS CONFERENCE |
| vs. | DATE:   June 29, 2020 |
| LUIS AROLDO ZUNIGA, | TIME:   2:00 p.m. |
|  | COURT: Magistrate Judge Stanley A. Boone |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the June 29, 2020, status conference in this case may be continued until 2:00 p.m. on July 20, 2020.  The parties agree that the following provides good cause for the continuance: Defense counsel has requested and received additional discovery, and is performing additional investigation.  Defense counsel is also considering the Government's offer to resolve this case and arranging a time to meet with the defendant to discuss that offer.

///

///

///

| | |
|---|---|
| DATED:  June 25, 2020 | By: */s/ Joseph Barton*<br>Joe Barton<br>Assistant United States Attorney |
| | |
| DATED:  June 25, 2020 | By: */s/ Michael Aed*<br>Attorney for the Defendant |

MCGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00199 |
| Plaintiff, | ORDER |
| v. | |
| LUIS AROLDO ZUNIGA, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation to continue the June 29, 2020, status conference in this case, and for good cause shown, the status conference is continued until July 20, 2020, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **June 26, 2020**

UNITED STATES MAGISTRATE JUDGE