McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-CR-00199-DAD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE JULY 20, 2020, STATUS CONFERENCE |
| vs. | ) ) | |
| LUIS AROLDO ZUNIGA, | ) ) | DATE:   July 20, 2020 TIME:    2:00 p.m. |
| Defendant. | ) ) ) | Magistrate Judge Erica P. Grosjean |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the July 20, 2020, status conference in this case may be continued until 2:00 p.m. on August 24, 2020, or as soon thereafter as the matter may be heard. The parties agree that the following provides good cause for the continuance: Defense counsel is reviewing discovery and is considering the Government's offer to resolve this case.

///

///

///

| | |
|---|---|
| DATED:  July 15, 2020 | By: */s/ Joseph Barton*<br>Joe Barton<br>Assistant United States Attorney |
| | |
| DATED:  July 15, 2020 | By: */s/ Michael Aed*<br>Attorney for the Defendant |

McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>LUIS AROLDO ZUNIGA,<br><br>                              Defendant. | CASE NO.  1:06-CR-00199-DAD<br><br>ORDER |

**ORDER**

Upon the Parties' stipulation to continue the July 20, 2020, status conference in this case, and for good cause shown, the status conference is continued until **August 24, 2020, at 2:00 p.m. before Magistrate Judge Stanley A. Boone.**

IT IS SO ORDERED.

Dated:   **July 16, 2020**                    /s/ Barbara A. McAuliffe             _
                                                             UNITED STATES MAGISTRATE JUDGE