Michael J. Aed, SBN 204090
LAW OFFICE OF MICHAEL J. AED
2115 Kern Street, Ste. 1
Fresno, California 93721
Phone: 559-825-4600
Fax:    559-272-8411

Attorney for Defendant,

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:06-CR-00199 DAD |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE OCTOBER 5, |
| ) | 2020, DISPOSITION HEARING |
| vs. ) | |
| ) | DATE:   October 5, 2020 |
| LUIS AROLDO ZUNIGA, ) | TIME:    10:00 a.m. |
| ) | COURT: District Court Judge Dale A. Drozd |
| Defendant. ) | |
| ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the October 5, 2020, disposition hearing in this case may be continued until 10:00 a.m. on November 9, 2020.  The parties agree that the following provides good cause for the continuance: Defense counsel received the dispositional hearing memorandum on September 29, 2020 via email and has not had an opportunity to review it with Mr. Zuniga. Defense counsel intends to file memorandum in response to the probation recommendation. Defense counsel needs additional time to meet and confer with Mr. Zuniga prior to moving forward with the disposition.

///

///

DATED:  September 30, 2020                    By: */s/ Joseph Barton*
                                              Joe Barton
                                              Assistant United States Attorney

DATED:  September 30, 2020                    By: */s/ Michael Aed*
                                              Attorney for the Defendant

### ORDER

Upon the Parties' stipulation to continue the October 5, 2020, disposition hearing in this case, and for good cause shown, the status conference is continued until November 9, 2020, at 10 a.m.

IT IS SO ORDERED.

Dated:   **September 30, 2020**                    _____
                                              UNITED STATES DISTRICT JUDGE